IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JUN 3 0 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

BOSTWICK LABORATORIES, INC.

Plaintiff,

v.

CIVIL NO. 3:11cv171

REGIONAL PATHOLOGISTS, P.C.,

Defendant.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c)(1), Fed. R. Civ. P. 73, and the Order of the District Judge in this case, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

By: _____ 6/30/11
Bostwick Laboratories, Inc.        Date
By Counsel

_____
Regional Pathologists, P.C.        Date
By Counsel